IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ZAYO GROUP, LLC,
          Plaintiff,

v.

SOLUTIONS FIBER OPTIC, INC.,
          Defendant.

No. 1:25-cv-00367-MSN-WBP

**ORDER**

This matter comes before the Court on the Report and Recommendation issued by Magistrate Judge William B. Porter on July 11, 2025 (ECF 15).[1] Having reviewed the record and Judge Porter's Recommendation, and finding good cause to do so, the Court will adopt the recommendation. Accordingly, it is hereby

**ORDERED** that the Recommendation (ECF 15) is **APPROVED** and **ADOPTED** in full; it is further

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF 9) is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of Plaintiff Zayo Group, LLC against Defendant Solutions Fiber Optic, Inc. in the amount of (1) $131,197.75 in actual damages; (2) $554.35 in costs; and (3) post-judgment interest at the rate provided in 28 U.S.C. § 1961.

---

[1] Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline to submit any objecions to Judge Porters' Recommendation was July 25, 2025. Because no such objections have been filed, the Court embraces Judge Porters' analysis without reservation

The Clerk is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

It is **SO ORDERED**.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

July 29, 2025
Alexandria, Virginia